IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ALD SOCIAL LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VERKADA INC.,<br><br>　　　　Defendant. | Civil Action No. 6:22-cv-00975-FB<br><br>**JURY TRIAL DEMANDED** |

### JOINT STIPULATION TO TRANSFER CASE TO THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(A)

Plaintiff ALD Social LLC ("ALD Social") and Defendant Verkada Inc. ("Verkada") (collectively, the "Parties") hereby stipulate and agree that:

WHEREAS, the above-captioned action is presently pending before Judge Fred Biery in the Western District of Texas, Waco Division;

WHEREAS, on November 25, 2022, Verkada filed a motion to transfer the above-captioned case to the Northern District of California under 28 U.S.C. § 1404(a) for convenience of the parties and witnesses (Dkt. 13);

WHEREAS, Verkada's motion and the accompanying Declaration of Dervilla Lannon (Dkt. 13-1) demonstrate that the Northern District of California is clearly a more convenient forum for the above-captioned action than the Western District of Texas;

WHEREAS, the above-captioned action might have been brought in the Northern District

of California;

WHEREAS, the Parties have agreed that the above-captioned action should be transferred to the Northern District of California;

NOW, THEREFORE, the Parties hereby agree as follows:

1. The Parties consent to transfer the above-captioned action to the Northern District of California.

2. Transfer of the above-captioned action to the Northern District of California under 28 U.S.C. § 1404(a) will serve the interest of justice and the convenience of the Parties and witnesses.

Dated: January 4, 2023

| | |
|---|---|
| */s/ William P. Ramey, III* <br> William P. Ramey, III <br> Texas Bar No. 24027643 <br> 5020 Montrose Blvd., Suite 800 <br> Houston, Texas 77006 <br> (713) 426-3923 (telephone) <br> (832) 900-4941 (fax) <br> wramey@rameyfirm.com <br><br> ***Attorneys for ALD Social, LLC*** | */s/ Heidi L. Keefe* <br> Heidi L. Keefe (CA 178960) <br> Patrick W. Lauppe (CA 322218) (pro hac vice pending) <br> COOLEY LLP <br> 3175 Hanover Street <br> Palo Alto, CA 94304 <br> Telephone: (650) 843-5000 <br> hkeefe@cooley.com <br> plauppe@cooley.com <br><br> Adam Pivovar (CA 246507) (pro hac vice pending) <br> COOLEY LLP <br> 1299 Pennsylvania Ave. NW, Suite 700 <br> Washington, DC 20004 <br> Telephone: (202) 842-7800 <br> apivovar@cooley.com |

                                            Ricardo G. Cedillo (TX 04043600)
                                            Joseph L. Korbel (TX 24127174)
                                            Davis, Cedillo & Mendoza, Inc.
                                            755 E. Mulberry, Suite 250
                                            San Antonio, Texas 78212
                                            Telephone: (210) 822-6666
                                            rcedillo@lawdcm.com

                                            ***Attorneys for Defendant Verkada, Inc.***

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on January 4, 2023, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*Ricardo G. Cedillo*
RICARDO G. CEDILLO